**[J-114-2016] [MO:Dougherty, J.]**

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| GARY H. POWELL | : | No. 38 MAP 2016 |
| | : | |
| | : | Appeal from the Order of the |
| v. | : | Commonwealth Court at No. 1704 CD |
| | : | 2014 dated November 6, 2015 Vacating |
| | : | & Remanding the Order of the UCBR at |
| UNEMPLOYMENT COMPENSATION | : | No. B-13-09-D-B064 dated August 13, |
| BOARD OF REVIEW | : | 2014. |
| | : | |
| JOE KRENTZMAN & SONS, INC., | : | SUBMITTED:  September 14, 2016 |
| | : | |
| Intervenor | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| APPEAL OF:  UNEMPLOYMENT | : | |
| COMPENSATION BOARD OF REVIEW | : | |

**CONCURRING AND DISSENTING OPINION**

**JUSTICE BAER**                    **DECIDED:  March 28, 2017**

I join the majority to the extent it holds that Appellee does not have the right to be represented by a suspended attorney in an unemployment compensation hearing. However, I respectfully dissent from the majority's decision to remand this matter for further proceedings.

Appellee was informed that Disciplinary Enforcement Rule 217 precluded a suspended attorney from representing him at his unemployment compensation hearing. With no serious question that he understood the basis for disqualification of his representative, and with ample time to seek a new and proper counsellor, Appellee retained yet another suspended attorney, who, consistently, was disqualified from representing him.  Ultimately, Appellee proceeded *pro se*.

In my view, Appellee had every opportunity to obtain appropriate representation in this matter. Moreover, as was recognized by the Unemployment Compensation Board of Review ("UCBR"), Appellee received a full and fair hearing before the referee, in which he had the opportunity to testify, submit evidence, and cross examine his employer's witnesses. UCBR Op. at 3. Under these facts, I would not give Appellee a third hearing and a third opportunity to obtain representation.

Accordingly, I would vacate the order of the Commonwealth Court and reinstate the UCBR's order affirming the denial of unemployment compensation benefits.